# UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SOUTHWEST MARINE & GENERAL INSURANCE COMPANY, as assignee and subrogee of My Community Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>TAMMION VALENTINE and VALENTINE TRAVEL EXPRESS LLC,<br><br>Defendants. | No. 3:24-cv-00013-B |

### PLAINTIFF'S REQUEST TO DISMISS DEFENDANT, VALENTINE TRAVEL EXPRESS LLC WITHOUT PREJUDICE AND FOR DEFAULT JUDGMENT TO BE ENTERED AGAINST DEFENDANT, TAMMION VALENTINE

Plaintiff, Southwest Marine & General Insurance Company, by and through its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, requests that this Honorable Court (1) dismiss the claims against Defendant, Valentine Travel Express LLC, without prejudice; and (2) enter default judgment in its favor and against Defendant, Tammion Valentine, as set forth in Plaintiff's Motion for Default Judgment (Docket No. 11) which remains pending.

                            **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: July 3, 2024      By:    */s/ Matthew A. Lipman*
                                              Matthew A. Lipman, Esq.
                                              1617 JFK Boulevard, Suite 1500
                                              Philadelphia, Pennsylvania 19103-1815
                                              Telephone:  (215) 557-2900
                                              Facsimile:  (215) 557-2990
                                              mlipman@mdmc-law.com

                                              *Attorneys for Plaintiff, Southwest Marine & General Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| SOUTHWEST MARINE & GENERAL INSURANCE COMPANY, as assignee and subrogee of My Community Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>TAMMION VALENTINE and VALENTINE TRAVEL EXPRESS LLC,<br><br>Defendants. | No. 3:24-cv-00013-B |

**CERTIFICATE OF SERVICE**

I hereby state that on July 3, 2024, I served a true and correct copy of the foregoing documents on the following via first class mail:

Ms. Tammion Valentine
12701 Purdue Drive
Balch Springs, TX 75180

Valentine Travel Express LLC
c/o Tammion Valentine
12701 Purdue Drive
Balch Springs, TX 75180

By:   */s/ Matthew A. Lipman*
   Matthew A. Lipman, Esquire