IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SOUTHWEST MARINE                    §
& GENERAL INSURANCE                 §
COMPANY, as assignee and            §
subrogee of My Community            §
Credit Union,                       §
                                    §
          Plaintiff,                §
                                    §
V.                                  §          No. 3:24-CV-013-B-BW
                                    §
TAMMION VALENTINE, ET AL,           §
                                    §
          Defendants.               §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: October 22, 2024.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-