IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST MARINE & GENERAL INSURANCE COMPANY, as assignee and subrogee of My Community Credit Union,<br><br>Plaintiff,<br><br>V.<br><br>TAMMION VALENTINE, ET AL,<br><br>Defendants. | § § § § § § § § § § § § § § | No. 3:24-CV-013-B-BW |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Dkt. No. 21.) No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge that Southwest Marine's motion for issuance of a writ of garnishment (Dkt. No. 19) should be denied without prejudice.

SO ORDERED.

DATE: January 10, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE